IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

QAMARDEN Q. BRAND, SR.,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5766

Opinion filed March 17, 2015.

An appeal from an order of the Circuit Court for Escambia County.
T. Michael Jones, Judge.

Qamarden Q. Brand, Sr., pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C. J., MARSTILLER, and OSTERHAUS, JJ., CONCUR.